THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Glendell Pressley, a/k/a Glendale Presley,       
Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No.  
2003-UP-260
Submitted January 29, 2003 - Filed April 
 9, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor Edgar Lewis Clements, III, of Florence; for Respondent.
 
 
 

PER CURIAM:  Glendell Pressley was indicted 
 for distribution of oxycodone and for distribution of heroin.  Pressley pled 
 guilty to distribution of percocet and distribution of heroin.  He was sentenced 
 to one year imprisonment and a $1,000 fine and five years imprisonment and a 
 $5,000 fine, respectively.  On appeal, counsel argues that Pressleys guilty 
 plea failed to comply with the mandates set forth in Boykin v. Alabama, 
 395 U.S. 238 (1969).  
Pressleys appellate counsel submitted a petition 
 to be relieved as counsel, stating he has reviewed the record and has concluded 
 Pressleys appeal is without merit.  Pressley did not file any documents with 
 the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Pressleys appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and SHULER, 
 JJ., concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.